FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0731

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TRAVIS STAKER,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED Appellees are granted an extension of time to and including September 23, 2020, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020